UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID EHRICH,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/
_____

IN THE COUNTY COURT
MIAMI-DADE COUNTY, FLORIDA

DAVID EHRICH,

    Plaintiff,

v.                                                        Case No.: 15-10934-CC-05

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## NOTICE AND PETITION FOR REMOVAL

    **TO:**    The Honorable Judges of the United States District Court for the Southern District of Florida.

    COMES NOW, Defendant and Petitioner for removal, CONVERGENT OUTSOURCING, INC. ("Defendant"), and with reservation of all rights, hereby removes from the County Court in and for Miami-Dade County, Florida, the proceeding entitled and captioned <u>David Ehrich v. Convergent Outsourcing, Inc., Case No.: 15-10934-CC-05</u>, on the basis of federal question jurisdiction.

    The Petition is based on the following grounds:

1. Defendant/Petitioner has been named as a defendant in a civil action brought against it in the County Court in and for Miami-Dade County, Florida, entitled and captioned <u>David Ehrich v. Convergent Outsourcing, Inc., Case No.: 15-10934-CC-05.</u> A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner is attached hereto as Composite Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon the Defendants/Petitioners on July 9, 2015.

3. The controversy herein between the Plaintiff and Defendant/Petitioner is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant/Petitioner of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendant respectfully requests that the above entitled action be removed from the County Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida for all further proceedings.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808