Filing # 29342880 E-Filed 07/07/2015 02:19:59 PM

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

DAVID EHRICH,

    Plaintiff,

CASE NO.: 15-10934 CC 05

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff hereby sues Defendant for violating the Fair Debt Collection Practices Act (sometimes "the FDCPA"), codified at 15 USC § 1692 *et seq.* and states the following.

1. This Court has jurisdiction because Plaintiff is seeking damages between $5,000.00 and $15,000.00.

2. Venue is proper because all facts giving rise to this action occurred in Miami-Dade County, Florida.

3. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

4. This is an action under the FDCPA which is designed to protect consumers from abusive, deceptive, unfair, or undignified collection practices.

5. Plaintiff is a natural person who was obligated to pay an alleged consumer debt as defined by the FDCPA.

6. The alleged debt Defendant attempted to collect from Plaintiff was a consumer debt as defined by the FDCPA.

7. Defendant is a debt collector as defined by the FDCPA.

8. Defendant sent Plaintiff a written communication regarding an alleged debt that was several years old.

9. In the written communication, Defendant failed to indicate that the debt was too old to be enforced in court (statute of limitations expired) but nevertheless made an offer to "settle" the debt on a discounted basis (account #S-34634051).

10. Based on the FDCPA's "least sophisticated consumer" standard, the foregoing could be construed to be a threat to sue if an agreement is not reached and is therefore misleading.

11. Plaintiff has been damaged by Defendant's acts.

12. Plaintiff has incurred costs and attorney's fees as a result of Defendant's acts.

## COUNT I

13. Paragraphs 1 through 12 are incorporated by reference herein.

14. Defendant violated § 1692e of the FDCPA because the foregoing conduct was false, misleading, and/or deceptive in connection with the collection of an alleged consumer debt.

15. Pursuant to § 1692k of the FDCPA Plaintiff possesses a claim against Defendant for actual and statutory damages and costs and attorney's fees based on its violations of the FDCPA.

**WHEREFORE**, Plaintiff demands judgment against Defendant for pursuant to § 1692k of the FDCPA for actual and statutory damages, costs and attorney's fees, and any and all such further relief the Court deems just and equitable.

Plaintiff demands a jury trial on all issues so triable.

/s/
Bruce B. Baldwin, Esq. FBN 493023
Debt Defense Law 6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com