UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

15-CV-22796-KMM

DAVID EHRICH,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,
and LVNV FUNDING, LLC,

    Defendant.
_____/

### AMENDED COMPLAINT

Plaintiff hereby sues Defendants for violating the Fair Debt Collection Practices Act (sometimes "the FDCPA"), codified at 15 USC § 1692 *et seq.* and states the following.

1. This Court has federal question jurisdiction.

2. Venue is proper because all facts giving rise to this action occurred in Miami-Dade County, Florida.

3. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

4. This is an action under the FDCPA which is designed to protect consumers from abusive, deceptive, unfair, or undignified collection practices.

5. Plaintiff is a natural person who was obligated to pay an alleged consumer debt as defined by the FDCPA.

6. The alleged debt Defendants attempted to collect from Plaintiff was a consumer debt as defined by the FDCPA.

7. Defendants are a debt collector as defined by the FDCPA.

8. At all times material to this action, Defendant, Convergent Outsourcing, Inc. was acting as an agent (collection agency) of Defendant, LVNV Funding, LLC (debt buyer) who purports to own a debt Plaintiff allegedly owes to it.

9. Defendants sent Plaintiff a written communication regarding an alleged debt that was several years old.

10. In the written communication, Defendant failed to indicate that the debt was too old to be enforced in court (statute of limitations expired) but nevertheless made an offer to "settle" the debt on a discounted basis. **See Exhibit A.**

11. Based on the FDCPA's "least sophisticated consumer" standard, and Federal Trade Commission interpretation, the foregoing could be construed to be a threat to sue if an agreement is not reached and is therefore misleading.

12. Plaintiff has been damaged by Defendants' acts.

13. Plaintiff has incurred costs and attorney's fees as a result of Defendants' acts.

## COUNT I

14. Paragraphs 1 through 13 are incorporated by reference herein.

15. Defendants violated § 1692e of the FDCPA because the foregoing conduct was false, misleading, and/or deceptive in connection with the collection of an alleged consumer debt.

16. Pursuant to § 1692k of the FDCPA Plaintiff possesses a claim against Defendants for actual and statutory damages and costs and attorney's fees based on their violation of the FDCPA.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, pursuant to § 1692k of the FDCPA for actual and statutory damages, costs and attorney's fees, and any and all such further relief the Court deems just and equitable.

Plaintiff demands a jury trial on all issues so triable.

_____/s/_____
Bruce B. Baldwin, Esq. FBN 493023
Debt Defense Law 6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on GOLDEN SCAZ GAGAIN, PLLC via email this 25th day of August 2015.

_____/s/_____
BRUCE B. BALDWIN