UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

15-CV-22796-KMM

DAVID EHRICH,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

**MOTION FOR LEAVE TO AMEND**

    Plaintiff hereby requests that the Court enter an order granting leave to amend and deeming as filed the Amended Complaint filed on August 25, 2015.

    On August 25, 2015, Plaintiff filed an Amended Complaint in the above-captioned matter so as to add a defendant. Plaintiff should have requested permission to do so pursuant to Rule 15(a)(2). Therefore, Plaintiff requests that the Court enter an order granting leave to amend and deeming the Amended Complaint [Dkt. #14] filed as of the date of the order.

    **WHEREFORE**, Plaintiff requests that the Court enter an order granting leave to amend and deeming the Amended Complaint [Dkt. #14] filed as of the date of the order, and providing any such further relief it deems just and equitable.

                                                   _____/s/_____
                                                   Bruce B. Baldwin, Esq. FBN 493023
                                                   Debt Defense Law 6915 Red Road, Suite 200
                                                   Coral Gables, Florida 33143
                                                   Tel.: (305) 444-4323
                                                   service@debtdefenselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on GOLDEN SCAZ GAGAIN, PLLC via the CM/ECF system this 26th day of August 2015.

                                                /s/
                                    BRUCE B. BALDWIN